**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIGUEL SOLIS LARA,<br><br>                                 Petitioner,<br><br>v.<br><br>TODD M. LYONS, Director of Immigrations and Customs Enforcement, et. al.,<br><br>                                 Respondents. | Case No.:  26-cv-0372-BJC-VET<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

Petitioner Miguel Solis Lara, a Mexican national who last entered the United States in 2009, was arrested on December 19, 2025, and transferred to Imperial Regional Detention Center on December 30, 2025. ECF No. 1 ¶¶ 1, 29, 33-36. On January 21, 2026, he filed the instant Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, asserting his detention violates his Fifth Amendment rights, applicable immigration regulations and the Administrative Procedure Act. ECF No. 1. This Court set a briefing schedule and issued a limited stay. ECF No. 2. Respondents filed a return to the petition on January 29, 2026. ECF No. 4. In their return, Respondents acknowledge that Petitioner, pursuant to the judgment in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3713987, at *1 (C.D. Cal. Dec. 18, 2025), "is detained under 8 U.S.C. §

1

1226(a) and [is] entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 4 at 2.

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus. Respondents shall hold a bond hearing within fourteen days of this order and cannot deny bond at the hearing based on 8 U.S.C. § 1225. Respondents are enjoined from transferring Petitioner before a bond hearing takes place. The Clerk of Court shall close this matter.

**IT IS SO ORDERED**.

Dated: February 17, 2026

_____

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-0372-BJC-VET